ROBERT E. WILLIFORD v. EDNA WOLFE WILLIFORD

No. 7119SC122

(Filed 24 February 1971)

Appeal and Error § 39— dismissal of appeal

> The Court of Appeals dismisses an appeal for the failure of appellant to docket the record on appeal within the time allowed by the Rules of Practice. Court of Appeals Rule No. 5.

APPEAL by defendant from *Long, Superior Court Judge,* 22 June 1970 Session of Superior Court held in ROWAN County.

This action was heard on an order to plaintiff to show cause why he should not be adjudged in contempt of court for failing to make certain support payments agreed to in a separation agreement and included by consent in a judgment for absolute divorce. From an adverse ruling dated 2 July 1970, defendant gave notice of appeal. The appeal entries are dated 2 July 1970.

*Williford, Person & Canady by N. H. Person for plaintiff appellee.*

*Miller, Beck & O'Briant by G. E. Miller for defendant appellant.*

MALLARD, Chief Judge.

This case was not docketed in the Court of Appeals until 17 December 1970. Under Rule 5, absent an order extending the time (not to exceed sixty days), the record on appeal should have been docketed in the Court of Appeals within ninety days after 2 July 1970. In this record there is no order extending the time for docketing the record on appeal. For failure to docket the record on appeal within the time allowed by the rules, this appeal is dismissed.

Appeal dismissed.

Judges PARKER and GRAHAM concur.